ROBERT W. SLINKARD
GOERING AND SLINKARD
P. O. Box 366
201 South Main
Medicine Lodge, KS  67l04
(620) 886-3751

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Plaintiffs, | ) ) ) ) |
| vs. | ) ) ) Case No. 2008CV1375-WEB-DWB |
| FARM BUREAU MUTUAL INSURANCE COMPANY, BRADLEY L. RUCKER, BRUCE Q. MILLER, KATHY MILLER, LORI FROST, WILLIAM FROST, DANNY WRIGHT, JANET WRIGHT, JOHN ORDONIO, NATASHA ORDONIO and MELLISSA SIMPSON, Defendants. | ) ) ) ) ) ) ) ) |

### DEFENDANT BRADLEY L. RUCKER'S
### FINAL LIST OF WITNESSES AND EXHIBITS

COMES NOW the defendant, Bradley L. Rucker, and provides the following list of witnesses and exhibits as required by the Scheduling Order:

A.  WITNESSES:

1. Tammy LaCore
   207 W. Benton Street
   Sharon, KS 67138

   Ms. LaCore has knowledge concerning whether or not Mr. Rucker has driven Ms. Small's vehicle on prior occasions.

2. Judy Angell
   401 N. Oak
   Medicine Lodge, KS 67104

   Ms. Angell has knowledge concerning whether or not Mr. Rucker has driven Ms. Small's vehicle on prior occasions and if Mr. Rucker spoke to Ms. Small on the night in question.

3. Janet Wright
   500 S. Main
   Medicine Lodge, KS 67104

   Janet Wright was a passenger of one of the vehicles involved in the accident and has knowledge concerning the accident and Mr. Rucker's condition at the accident scene, and knowledge that Mr. Rucker had driven a blue jeep like Brittany Small's in the past.

4. Brittany Small, defendant
   203 W. Robie
   Medicine Lodge, KS 67104

   Ms. Small has knowledge concerning Bradley Rucker's possession and operation of Lonnie and Brittany Small's 2002 Jeep.

5. Bradley Rucker
   303 E. Laclede
   Sharon, KS 67138

6. Insurance adjusters for the plaintiff

7. Insurance adjusters for the defendant Farm Bureau Mutual Insurance Company, if any.

8. Unnamed individuals identified in the Motor Vehicle Accident Report as "Fire & Rescue" who responded to the accident. One of said individuals identified himself as a relative of Brittany Small and contacted her concerning the accident.

9. Any and all family members of Bradley Rucker, Lonnie Small, and Brittany Small, who may have knowledge concerning the circumstances surrounding Rucker's use of the Small's vehicle.

10. Unknown persons who may know the whereabouts and/or were with Bradley Rucker the night of the accident.

11. Any witnesses identified by Plaintiff State Farm Mutual Insurance Company.

12. Any witness identified by Defendant Farm Bureau Mutual Insurance Company.

13. Any witnesses identified in responses to written discovery or deposition testimony.

14. Any witnesses necessary for rebuttal or impeachment.

15. Any witnesses necessary as foundation witnesses for defendant Bradley Rucker's exhibits.

B. <u>EXHIBITS</u>

1. Affidavit of Judy Angell

2. Affidavit of Tammy LaCore

3. Affidavit of Janet Wright

4. Any documents identified by plaintiffs State Farm Mutual Insurance Company.

5. Any documents identified by defendants Farm Bureau Mutual Insurance Company.

6. Any and all documents identified during discovery.

7. Documents necessary for foundation.

8. Photos of vehicles involved in the accident.

9. Any documents identified in written discovery or used as an exhibit to any deposition taken in this case.

10. Medical literature, as determined by relevancy.

11. Any documents necessary for rebuttal or impeachment.

                Respectfully submitted,

            By /s/*Robert W. Slinkard*
              ROBERT W. SLINKARD  #14541
              Goering and Slinkard
              P. O. Box 366
              Medicine Lodge, KS 67104
              Phone:   620-886-3751
              Fax:  620-886-5112
              Email:  rwslinkard@gs-law.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of July, 2010, a true and correct copy of the above and foregoing Defendant Bradley L. Rucker's Final List of Witnesses and Exhibits was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the following:

Arthur S. Chalmers
Hite, Fanning & Honeyman L.L.P.
100 N. Broadway, Suite 950
Wichita, KS 67202-2209
Chalmers@hitefanning.com
    Attorney for Defendants Farm Bureau Mutual Insurance
    Company, Brittany N. Small and Lonnie Small

Larry Wall
2024 N. Woodlawn, Suite 405
Wichita, KS 67208
larry@larrywalllaw.com
    Attorney for Defendants Bruce Q. Miller and
    Kathy Miller

Shannon D. Wead
Foulston Siefkin, LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
swead@foulston.com
    Attorneys for Plaintiff


                By /s/*Robert W. Slinkard*
                ROBERT W. SLINKARD